IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD WARRICK** | : | **CIVIL ACTION** |
| | : | **NO. 18-1952** |
| v. | : | |
| | : | |
| **EMPIRE FIRE AND MARINE** | : | |
| **INSURANCE COMPANY** | : | |

## ORDER

**AND NOW**, this **25th** day of **March 2019**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 10), Plaintiff's Response thereto (ECF No. 14), and Defendant's Reply in support of its Motion for Summary Judgment (ECF No. 15), it is hereby **ORDERED** and **DECREED** Defendant's Motion for Summary Judgment (ECF No. 10) is **GRANTED**.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE

1